**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ALEXA RUFFIN,** | ) | |
| | ) | **Case No. 1:24-cv-11247** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Judge Martha M. Pacold** |
| | ) | |
| **WATERTON RESIDENTIAL, L.L.C,** | ) | **Magistrate Judge Gabriel A. Fuentes** |
| | ) | |
| **Defendant.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |

## <u>STIPULATION TO DISMISS WITH PREJUDICE</u>

IT IS HEREBY STIPULATED by the Plaintiff, Alexa Ruffin, and Defendant, Waterton

Residential, L.L.C, through their respective counsel that the above-captioned case be dismissed

with prejudice. Each party shall bear its own costs and attorney fees.

Dated: May 19, 2025                           Respectfully submitted,

**/s/ *Travis Lampert***                          */s/ Stephen B. Rotter*
Travis Lampert, Esq                           Stephen B. Rotter
Mohammed Badwan, Esq (Lead Attorney)          The Workplace Counsel
SULAIMAN LAW GROUP, LTD                        1401 Lawrence Avenue, Suite 1600
2500 South Highland Avenue, Suite 200         Denver, Colorado 80202
Lombard, IL 60148                             720.775.5330
Telephone: (331) 272-1942                     stephen@theworkplacecounsel.com
Email: mbadwan@sulaimanlaw.com                *Attorneys for Defendant*
Email: tlampert@sulaimanlaw.com
*Attorneys for Plaintiff*